UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 21-30321
Originating No. 21-00494

**STEVEN THURLOW,**

    Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **STEVEN THURLOW,** to answer to charges pending in another federal district, and states:

1. On **June 30, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on a Complaint**. Defendant is charged in that district with violations of **Knowingly Entering or Remaining in a Restricted Building or Grounds Without Lawful Authority, Disorderly and Disruptive Conduct in a Restricted Building or Grounds Without Lawful Authority, Disorderly Conduct in a Capitol Building, and Parading, Demonstrating, or Picketing in a Capitol Building.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

s/Mitra Jafary-Hariri
MITRA JAFARY-HARIRI
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 30, 2021